```
DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RYAN "BEN" LEHMAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff,*<br><br> v.<br><br>RYAN "BEN" LEHMAN,<br><br>   *Defendant.* | NO. 6:11-MJ-00108 MJS<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND EXTEND TIME TO FILE MOTIONS;  ORDER<br><br>Date:  January 4, 2012<br>Time:  10:00 a.m.<br>Judge: Hon. Michael J. Seng |

   **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Law Enforcement Officers, Susan St. Vincent and Rachel Cartier, Counsel for Plaintiff, and Assistant Federal Defender, Melody M. Walcott, Counsel for Defendant, Ryan "Ben" Lehman, that the Status Conference currently set for December 7, 2011 at 10:00 a.m., **may be rescheduled to January 4, 2012 at 10:00 a.m.**, and the schedule for filing of motions may be set as follows:

   Opening Motion   November 21, 2011

   Government's Response December 1, 2011

   Repy       December 8, 2011

   This continuance is requested by defense counsel for motion preparation, defense preparation and plea negotiations.  The government does not object to this request.  The requested continuance will conserve time and resources for all parties and the court.

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED:  November 21, 2011 | /s/ Susan St. Vincent<br>SUSAN ST. VINCENT<br>Acting Legal Officer<br>National Park Service |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED:  November 21, 2011 | /s/ Melody M. Walcott<br>MELODY M. WALCOTT<br>Assistant Federal Defender<br>Attorney for Defendant<br>Ryan "Ben" Lehman |

**ORDER**

The Court, having reviewed the above request for a continuance of the status conference currently set for December 7, 2011 until January 4, 2012, and request for extension of time to file motions, HEREBY ORDERS AS FOLLOWS:

1) The status conference in the above entitled matter shall be continued to January 4, 2012 at 10:00 a.m., at the Yosemite Court.

2) The filing of the opening motion shall be continued to November 21, 2011, the response to December 1, 2011, and the Reply to December 8, 2011.

**IT IS SO ORDERED:**

| | |
|---|---|
| 11/23/2011 | /s/ Michael J. Seng<br>U.S. Magistrate Judge |

Lehman - Stipulation to Continue
Status Conference: Filing of Motion and Order                           −2−