Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RYAN LEHMAN,<br><br>　　　　　Defendant. | DOCKET NO: 6:11-mj-108-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

　　　Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice, for Count 4 – Possession of a controlled substance (psilocybin mushrooms).  LEHMAN plead Guilty to Count 2: Trespassing, and Count 4: Possession of a controlled substance (psilocybin mushrooms) on May 1, 2012, with a 12 month deferred entry of judgment for Count 4, 12 months of unsupervised probation, a $1,000 fine, and all other counts were dismissed. LEHMAN has complied with the terms of his probation.

//

Dated:  August 12, 2014        NATIONAL PARK SERVICE
                                /S/ Matthew McNease
                                Matthew McNease
                                Acting Legal Officer

## ORDER

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that Count 4 in the above referenced matter, *United States v. Ryan Lehman*, 6:11-mj-108-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   August 13, 2014              /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE